**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| **LISA MURPHY** | * | |
| **ADC #760343,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 5:04CV00269 JFF |
| | * | |
| **YANA WINSTON,** *et al* | * | |
| | * | |
| **Defendants** | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 20th day of September, 2006.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT